UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
FLO FREE LLC, CURRENCE, INC., and :
DAVID MOZEIKA, :
                              Plaintiff, :    25 Civ. 7318 (LGS)
:
       -against- :    <u>ORDER</u>
:
THE GUARDIAN LIFE INSURANCE :
COMPANY OF AMERICA and PARK :
AVENUE SECURITIES, LLC, :
                             Defendant. :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, in a letter filed on October 14, 2025, Defendants stated they plan to file a motion to dismiss and a pre-motion letter by November 3, 2025.

WHEREAS, an initial pretrial conference is currently scheduled for **October 21, 2025**, at **3:00 P.M.** It is hereby

**ORDERED** that Defendants shall file their pre-motion letter by **October 22, 2025**. Plaintiffs shall file their response by **October 29, 2025**. It is further

**ORDERED** that the initial pretrial conference is rescheduled to **November 4, 2025**, at **3:00 P.M.** The conference will be held **IN PERSON** at the Thurgood Marshall United States Courthouse, Southern District of New York, 40 Foley Square, New York, New York at Room 1106.

Dated: October 15, 2025
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE