UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FLO FREE LLC, CURRENCE, INC., and
DAVID MOZEIKA,

                         Plaintiff,            25 Civ. 7318 (LGS)

          -against-                      ORDER

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA and PARK
AVENUE SECURITIES, LLC,
                        Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an initial pretrial conference was held on November 4, 2025. It is hereby

      **ORDERED** that by **November 11, 2025**, Plaintiffs shall send a letter to Defendants, for settlement purposes only, specifically identifying the trade secrets that Defendants allegedly misappropriated. It is further

      **ORDERED** that by **November 11, 2025**, the parties shall file a joint letter stating whether they prefer a referral to Judge Cave or a private mediator for mediation. It is further

      **ORDERED** that if the parties opt for private mediation, by **December 15, 2025**, they shall engage in substantive discussions with the mediator regarding settlement of this action. It is further

      **ORDERED** that by **December 16, 2025**, the parties shall file a joint letter regarding the status of settlement discussions.

Dated: November 4, 2025
       New York, New York

                                                  LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE