UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| FLO FREE LLC, <u>et</u> <u>al.</u>,<br><br>                Plaintiff,<br><br>  -v-<br><br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, <u>et</u> <u>al.</u>,<br><br>                Defendants. | CIVIL ACTION NO. 25 Civ. 7318 (LGS) (SLC)<br><br><u>**ORDER**</u> |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on January 22, 2026 (the "Conference") to discuss the motion to compel filed by Defendants The Guardian Life Insurance Company of America ("Guardian") and Park Avenue Securities ("Park") (together, "Defendants") (Dkt. No. 37 ("MTC")), along with the motion filed by Plaintiffs Flo Free LLC ("Flo Free"), Currence, Inc. ("Currence," together with Flo Free, "Plaintiff Companies"), and David Mozeika ("Mozeika") (together, "Plaintiffs") to expand the 10-custodian limit set by Judge Schofield's Individual Rules. (Dkt. No. 45 (the "Custodian Motion")).  The parties are **ORDERED** to order a copy of the Conference Transcript using the annexed form by **January 26, 2026**.  The Court further **ORDERS** the following:

## I. <u>The MTC</u>

In the MTC, Defendants identified four categories of documents that Plaintiffs have refused to search for, but that are "plainly relevant."  (Dkt. No. 37 at 2–3).  The Court rules on each category separately:

**A.  Basis for Plaintiffs' Trade Secrets Claims (RFPs 2–5, 7, 16, 23)**

For the reasons stated at the Conference, Plaintiffs shall produce to Defendants:

(1)  Documents sufficient to show the monetary amount Plaintiffs expended to develop Plaintiffs' trade secrets as set forth in their response to Interrogatory No. 1 (the "Trade Secrets");

(2)  Documents sufficient to show steps, including but not limited to non-disclosure agreements, that Plaintiffs took to maintain the confidentiality of the Trade Secrets; and

(3)  Communications reflecting the incorporation of third-party software into Plaintiffs' Trade Secrets.

**B.  Basic Information About Plaintiff Companies (RFPs 10–14, 21, 26)**

For the reasons stated at the Conference, Plaintiffs shall produce to Defendants:

(1)  Valuations of Plaintiff Companies from 2018 through September 4, 2025, the date on which Plaintiffs filed the Complaint (Dkt. No. 6);

(2)  A copy of the Flo Free LLC Agreement; and

(3)  An organizational chart of Plaintiff Companies.

**C.  Mozeika's Departure and Alleged Breach of Agreements with Guardian (RFPs 31–33, 37–39)**

For the reasons stated at the Conference, Plaintiffs shall produce to Defendants Mozeika's communications about MassMutual, dated on or after May 1, 2023 (see Dkt. No. 6 ¶ 166), with (i) Guardian agents who subsequently left Guardian to work at Plaintiff Companies and (ii) Guardian clients who subsequently left Guardian to set up accounts with Mozeika at MassMutual and/or Plaintiff Companies.

**D.  Plaintiffs' Non-Privileged Communications About Their Claims (RFP 30)**

For the reasons stated at the Conference, Plaintiffs shall produce to Defendants non-privileged communications about this action.

## II. The Custodian Motion

Another conference to discuss the Custodian Motion is scheduled to take place in person on **January 27, 2026 at 1:00 p.m. ET** in Courtroom 18A, 500 Pearl Street, New York NY 10007.  As discussed at the Conference, Plaintiffs are encouraged to bring a chart to the conference reflecting (i) the names of the eleven custodians that Defendants have already agreed to, their titles, and their dates of employment, and (ii) with respect to the 15 additional custodians Plaintiffs are requesting (see Dkt. No. 45-1 at 2), those individuals' names, titles, dates of employment, and the subject matter that their documents are expected to cover.

Any participant requesting permission to bring an electronic device (e.g., cellphone, laptop, tablet) into the Courthouse for use at the conference must email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order on or before **January 23, 2026**.  The Electronic Device Order form is available on the Court's website at https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.

The Clerk of the Court is respectfully directed to close Dkt. No. 37.

Dated:      New York, New York
            January 22, 2026                         SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge