King & Spalding

King & Spalding LLP
1290 Avenue of the Americas
14th Floor
New York, New York 10104

T: (212) 556-2100
F: (212) 556-2222
kslaw.com

**Damien Marshall**
Partner

T: 212-790-5357
dmarshall@kslaw.com

February 4, 2026

**<u>VIA ECF</u>**

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *Flo Free LLC et al v. Guardian Life Insurance Company of America et al 25-cv-07318*

Dear Judge Cave:

We write on behalf of Defendants The Guardian Life Insurance Company of America and Park Avenue Securities, LLC (together, "Defendants") to respectfully request a brief adjournment of the conference scheduled for Monday, February 9, 2026. *See* ECF No. 56. Defendants have been diligently working to export emails and documents belonging to the 15 custodians over the time periods (spanning up to nine years) identified by Plaintiffs on January 28th. As anticipated during the January 27th conference, Plaintiffs' request has yielded a very large volume of electronically stored information. Defendants' in-house team worked diligently from January 28th through today to collect and export over four terabytes of data, which we believe contains approximately 3,600,000 files. Defendants' e-discovery vendor is now in the process of deduplicating the files. Unfortunately, Defendants' vendor cannot process this volume of data in time to provide hit reports before the conference on February 9th. We alerted Plaintiffs' counsel to this issue this morning and will continue to provide updates on Defendants' progress as this process unfolds.

We therefore respectfully request that the Court adjourn the February 9 conference until Defendants' data can be processed, de-duplicated, and searched, and the parties have had a chance to confer. This is our first request for adjournment. Counsel for Defendants are available telephonically February 17-20 or can be available in person the week of February 23-27.

We have spoken to Plaintiffs' counsel and they do not object to this request. We thank the Court for its attention to this matter.

February 4, 2026
Page 2

Respectfully,

*/s/ Damien Marshall*
Damien Marshall

cc:     All Counsel of Record (via ECF)

---

Defendants' request at Dkt. No. 59 is **GRANTED**.  The in-person conference scheduled for February 9, 2026 at 12:00 p.m. ET, (Dkt. No. 56), is **ADJOURNED** to **February 24, 2026 at 11:00 a.m. ET** (the "Conference") and will take place <u>in-person</u> in Courtroom 18A, 500 Pearl Street, New York NY 10007.  As discussed at the January 22, 2026 conference, if there are remaining issues concerning the Additional Custodians (as defined in the Court's Order at Dkt. No. 56), the parties are encouraged to bring updated charts to the Conference reflecting (i) the names of the custodians that the parties agree to, their titles, and their dates of employment, and (ii) the names of the disputed custodians, their titles, dates of employment, and the subject matter that their documents are expected to cover.

Any participant requesting permission to bring an electronic device (e.g., cellphone, laptop, tablet) into the Courthouse for use at the Conference must email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order on or before **February 17, 2026**.  The Electronic Device Order form is available on the Court's website at https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.

The Clerk of Court is respectfully directed to close Dkt. No. 59.

SO ORDERED.    February 5, 2026

SARAH L. CAVE
United States Magistrate Judge