UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLO FREE LLC, et al.,

                    Plaintiffs,

      -v-                                                    CIVIL ACTION NO. 25 Civ. 7318 (LGS) (SLC)

                                                                              **ORDER**

THE GUARDIAN LIFE INSURANCE COMPANY OF
AMERICA, et al.,

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held an in-person conference on February 24, 2026 (the "Conference") to discuss the status of the parties' e-discovery process. (See Dkt. No. 56; 50). Following the Conference, the Court **ORDERS** the following:

1. By **March 3, 2026**, the parties shall order a copy of the Conference transcript using the annexed form.

2. By **March 10, 2026**, the parties shall begin their initial productions of non-ESI documents. The parties shall identify for each other which documents they are most interested in receiving from each other in the initial productions.

3. The deadline of **March 16, 2026** for the parties to substantially complete document productions, (Dkt. No. 43), is **HELD IN ABEYANCE** pending the March 26, 2026 virtual conference. (See ¶ 6, infra).

4. By **March 17, 2026**, Plaintiffs' counsel shall provide to Defendants' counsel a privilege log (the "Log") concerning Jason Doviak's production of documents pursuant to a subpoena (the "Doviak Production"). As discussed at the Conference, if Plaintiffs

consider additional documents to be privileged beyond what Defendants identified in the Doviak Production, Plaintiffs shall include those additional documents in the Log.

5. By **March 23, 2026**, the parties shall file separate letters, each no more than 1,050 words in length, stating their respective positions on:  (i) the status of the parties' efforts to revise their list of search terms for ESI and any issues ripe for the Court's attention concerning the search terms; and (ii) Plaintiffs' request that Defendants produce the personal email and text communications of the agreed custodians.

6. A virtual conference to discuss the status of discovery is scheduled for **March 26, 2026, at 5:00 p.m. ET** and will be held by videoconference on the Court's Team's platform.   The parties are instructed to email Chambers (Cave_NYSDChambers@nysd.uscourts.gov) and opposing counsel their Attendance Acknowledgement Form, annexed hereto, by **March 19, 2026**.  Following receipt of the Attendance Acknowledgement Forms, the Court will forward the Teams link to the parties.

Dated:      New York, New York
            February 24, 2026                         SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

**ATTENDANCE ACKNOWLEDGMENT FORM**

**CASE NAME:** _____

**DOCKET NUMBER**: _____

I represent the ☐ Plaintiffs ☐ Defendants

☐ I acknowledge that I am attending a virtual conference **through the Court's Teams platform** on **March 26, 2026, at 5:00 p.m. ET.**

Please provide the name and email address of any co-counsel who will attend the conference with you.

_____

_____

_____

_____          _____
Signature                                                                    Date

_____
Name (print)

SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters.  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.

**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|