**King & Spalding**

King & Spalding LLP
1290 Avenue of the Americas
14th Floor
New York, New York 10104

T: (212) 556-2100
F: (212) 556-2222
kslaw.com

**Damien Marshall**
Partner

T: 212-790-5357
dmarshall@kslaw.com

February 25, 2026

<u>**VIA ECF**</u>

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:**   *Flo Free LLC v. Guardian Life Ins. Co. of America*, **No. 25-cv-07318-LGS-SLC**

Dear Judge Schofield:

We write on behalf of Defendants The Guardian Life Insurance Company of America and Park Avenue Securities, LLC in the above-captioned matter to request a briefing schedule for Defendants' anticipated motion to dismiss Plaintiffs' Amended Complaint.

Defendants filed a motion to dismiss on January 23, 2026, ECF No. 51, and Plaintiffs filed an Amended Complaint on February 13, 2026, ECF No. 61. Defendants now intend to move to dismiss the Amended Complaint and request that the Court order the following briefing deadlines:

Motion:           March 13, 2026

Opposition:   April 15, 2026

Reply:           April 30, 2026

Plaintiffs have consented to this briefing schedule. Defendants thank the Court for its attention to this matter.

Sincerely,

*/s/ Damien Marshall*
Damien Marshall

cc: All counsel of record via ECF

Application **GRANTED**. Defendants shall file the motion to dismiss the Amended Complaint by **March 13, 2026**. Plaintiffs shall file their response by **April 15, 2026**. Defendants shall file their reply by **April 30, 2026**.

The motion to dismiss filed on January 23, 2026 (Dkt. No. 51) is **DENIED as moot**.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 51 and 64.

Dated: February 26, 2026
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE