UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLO FREE LLC, <u>et</u> <u>al.</u>,<br><br>               Plaintiffs,<br><br>   -v-<br><br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, <u>et</u> <u>al.</u>,<br><br>               Defendants. | CIVIL ACTION NO. 25 Civ. 7318 (LGS) (SLC)<br><br><u>**ORDER**</u> |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a video conference on March 26, 2026 (the "March 26 Conference") to discuss the status of fact discovery.  Following the Conference, the Court **ORDERS** the following:

1. By **April 2, 2026**, the parties shall order a copy of the March 26 Conference transcript using the annexed form.

2. Regarding Plaintiffs' request that Defendants produce the personal email and text communications of the agreed custodians, (Dkt. No. 72 at 1–2), by **April 2, 2026**, counsel for Plaintiffs shall provide to King & Spalding LLP ("K&S") the search terms (the "Search Terms")[1] that Plaintiffs previously provided to Steptoe LLP ("Steptoe") for the custodians whom Steptoe represents (the "Steptoe Custodians").  As for the custodians whom K&S represents (the "K&S Custodians"), by **April 6, 2026**, K&S shall confirm to Plaintiffs' counsel that the K&S Custodians have applied the Search Terms

---

[1] To the extent that K&S objects to any of the Search Terms, the parties shall meet and confer to try to narrow the Search Terms, and any disputes may be raised at the next conference.  (<u>See</u> ¶ 5, <u>infra</u>).

to their personal email and text communications and have produced or will produce responsive communications.

3. Regarding Defendants' Request for Production ("RFP") No. 34, (see Dkt. No. 71-1 at 26–27), the parties shall meet and confer to reduce the population of search term hits that Plaintiffs' counsel needs to review.

4. The deadline for the parties to substantially complete document productions, (Dkt. No. 43), shall continue to be **HELD IN ABEYANCE** pending the April 20 Conference. (See ¶ 5, infra).

5. A virtual conference to discuss the status of discovery is scheduled for **April 20, 2026 at 10:00 a.m. ET** (the "April 20 Conference") and will be held by videoconference on the Court's Team's platform. Steptoe is directed to attend the April 20 Conference to discuss the subpoenas to the Steptoe Custodians. Counsel for the parties and Steptoe are instructed to email Chambers (Cave_NYSDChambers@nysd.uscourts.gov), copying all counsel in this action, an Attendance Acknowledgement Form, annexed hereto, by **April 14, 2026**. Following receipt of the Attendance Acknowledgement Forms, the Court will forward the Teams link to the parties and Steptoe.

6. On or before **April 2, 2026**, counsel for Plaintiffs shall file proof of service of this Order on Steptoe.

Dated:    New York, New York       SO ORDERED.
          March 31, 2026

_____
SARAH L. CAVE
**United States Magistrate Judge**

2

**ATTENDANCE ACKNOWLEDGMENT FORM**

**CASE NAME:** _____

**DOCKET NUMBER**: _____

I represent the ☐ Plaintiffs ☐ Defendants ☐ Steptoe

☐ I acknowledge that I am attending a virtual conference **through the Court's Teams platform** on **April 20, 2026 at 10:00 a.m. ET.**

Please provide the name and email address of all counsel who will attend the conference.

_____
_____
_____
_____
_____
_____
_____
_____

_____          _____
Signature                                                        Date


_____
Name (print)

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters.  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.

**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|