UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLO FREE LLC, et al.,<br><br>          Plaintiffs,<br><br>  -v-<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, et al.,<br><br>          Defendants. | CIVIL ACTION NO. 25 Civ. 7318 (LGS) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a video conference on April 20, 2026 (the "April 20 Conference") to discuss the status of fact discovery.  Following the Conference, the Court **ORDERS** the following:

1. By **April 24, 2026**, the parties shall order a copy of the April 20 Conference transcript using the annexed form.

2. By **May 1, 2026**, the parties shall each file a letter, limited to 1,050 words, setting forth the status of discovery, a proposal for remaining fact and expert discovery deadlines, and any discovery issues ripe for the Court's attention.

3. Another virtual conference to discuss the status of discovery, the discovery schedule, and any remaining discovery issues is scheduled for **May 6, 2026 at 2:45 p.m. ET** (the "May 6 Conference") and will be held by videoconference on the Court's Team's platform.  Counsel for the parties are instructed to email Chambers (Cave_NYSDChambers@nysd.uscourts.gov), copying all counsel in this action, an Attendance Acknowledgement Form, annexed hereto, by **May 1, 2026**.  Following

receipt of the Attendance Acknowledgement Forms, the Court will forward the Teams link to counsel.

4. All discovery deadlines, (Dkt. No. 43), shall be **HELD IN ABEYANCE** pending the May 6 Conference.

Dated:     New York, New York          SO ORDERED.
           April 20, 2026

SARAH L. CAVE
**United States Magistrate Judge**

**ATTENDANCE ACKNOWLEDGMENT FORM**

**CASE NAME:** _____

**DOCKET NUMBER**: _____

I represent the ☐ Plaintiffs ☐ Defendants

☐ I acknowledge that I am attending a virtual conference **through the Court's Teams platform** on **May 6, 2026 at 2:45 p.m. ET.**

Please provide the name and email address of all counsel who will attend the conference.

_____
_____
_____
_____
_____
_____
_____
_____

_____          _____
Signature                                      Date


_____
Name (print)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET  PRINT  SAVE  EMAIL