UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLO FREE LLC, et al., | |
| Plaintiffs, | |
| -v- | CIVIL ACTION NO. 25 Civ. 7318 (LGS) (SLC) |
| | **ORDER** |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, et al., | |
| Defendants. | |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a video conference on May 6, 2026 (the "Conference") to discuss the status of fact discovery and the parties' discovery disputes. Following the Conference, the Court **ORDERS** the following:

1. By **May 11, 2026**, the parties shall order a copy of the Conference transcript using the annexed form.

2. As discussed at the Conference, the Court **ADOPTS** the following discovery schedule:

   a. Valent Wealth and Vincent D'Addona shall substantially complete their document productions in response to Defendants' subpoenas by **June 30, 2026**.

   b. The parties shall substantially complete their document productions by **July 31, 2026**.

   c. The parties shall submit a proposed expert discovery schedule by **September 30, 2026**.

   d. The parties shall complete all fact discovery by **October 30, 2026**.

3. As discussed at the Conference, Plaintiffs' Second Request for Production ("RFP") Request No. 20 seeks "[a]ll Documents and Communications Concerning the incorporation of technology and business strategies from LEAP into LBS, without regard to the Relevant Time Period" ("RFP 20"). (Dkt. Nos. 86 at 2; 87 at 2–3). For the reasons discussed at the Conference, Plaintiffs' request to compel the production of documents from before 2018 in response to RFP 20 is **DENIED**.

4. By **May 18, 2026**, the parties shall each file a letter, limited to 1,050 words, setting forth the status of discovery and any discovery issues ripe for the Court's attention.

5. Another virtual conference to discuss the status of discovery and any remaining discovery issues is scheduled for **May 21, 2026 at 2:15 p.m. ET** and will be held <u>by videoconference</u> on the Court's Team's platform.  Counsel for the parties are instructed to email Chambers (Cave_NYSDChambers@nysd.uscourts.gov), copying all counsel in this action, an Attendance Acknowledgement Form, annexed hereto, by **May 18, 2026**.  Following receipt of the Attendance Acknowledgement Forms, the Court will forward the Teams link to counsel.

Dated:  New York, New York  
May 6, 2026

SO ORDERED.

_____

**SARAH L. CAVE**  
**United States Magistrate Judge**

**ATTENDANCE ACKNOWLEDGMENT FORM**

**CASE NAME:** _____

**DOCKET NUMBER**: _____

I represent the ☐ Plaintiffs ☐ Defendants

☐ I acknowledge that I am attending a virtual conference **through the Court's Teams platform** on **May 21, 2026 at 2:15 p.m. ET.**

Please provide the <u>name</u> and <u>email address</u> of all counsel who will attend the conference.

_____
_____
_____
_____
_____
_____
_____
_____

_____                    _____
Signature                                          Date


_____
Name (print)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|