UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLO FREE LLC, et al.,<br><br>                          Plaintiffs,<br><br>     -v-<br><br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, et al.,<br><br>                          Defendants. | CIVIL ACTION NO. 25 Civ. 7318 (LGS) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a video conference on May 21, 2026 (the "Conference") to discuss the status of fact discovery and the parties' discovery disputes.  Following the Conference, the Court **ORDERS** the following:

1. By **May 26, 2026**, the parties shall order a copy of the Conference transcript using the annexed form.

2. The parties shall continue to meet and confer to agree on the remaining search terms relating to Mr. McGuirk for documents responsive to Defendants' Request for Production No. 34.  (See Dkt. No. 91 at 1).

3. The parties shall continue to meet and confer concerning search terms for the third-party subpoena to Valent Wealth to narrow the number of hits.  (See Dkt. Nos. 91 at 1–2; 92 at 1).

4. By the end of the day on **May 27, 2026**, Plaintiffs' counsel shall propose to Defendants' counsel search terms for Mr. D'Addona's text messages and personal Gmail account. (See Dkt. Nos. 91 at 2; 92 at 1).

5. By **May 29, 2026**, the parties shall meet and confer concerning the 42 documents that Plaintiffs designated as "Attorneys Eyes Only." (See Dkt. Nos. 91 at 2–4; 92 at 2). The Court does not require the parties to enter into Plaintiff's proposed stipulation. (See Dkt. No. 92 at 2).

6. By **June 30, 2026**, Plaintiffs shall substantially complete their production to Defendants of the documents cited or referenced in the Amended Complaint. (See Dkt. Nos. 62; 91 at 3).

7. By **June 17, 2026**, the parties shall each file a letter, limited to 1,050 words, setting forth the status of discovery and any discovery issues ripe for the Court's attention.

8. Another virtual conference to discuss the status of discovery and any remaining discovery issues is scheduled for **June 23, 2026 at 3:00 p.m. ET** and will be held by videoconference on the Court's Team's platform. Counsel for the parties are instructed to email Chambers (Cave_NYSDChambers@nysd.uscourts.gov), copying all counsel in this action, an Attendance Acknowledgement Form, annexed hereto, by **June 17, 2026**. Following receipt of the Attendance Acknowledgement Forms, the Court will forward the Teams link to counsel.

Dated:    New York, New York          SO ORDERED.
          May 21, 2026

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2

**ATTENDANCE ACKNOWLEDGMENT FORM**

**CASE NAME:** _____

**DOCKET NUMBER**: _____

I represent the      ☐ Plaintiffs      ☐ Defendants

☐      I acknowledge that I am attending a virtual conference **through the Court's Teams platform** on **June 23, 2026 at 3:00 p.m. ET.**

Please provide the <u>name</u> and <u>email address</u> of all counsel who will attend the conference.

_____
_____
_____
_____
_____
_____
_____
_____

_____        _____
Signature                            Date

_____
Name (print)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|