UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLO FREE LLC, et al.,

Plaintiffs,

-v-

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 7318 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a video conference on July 27, 2026 (the "Conference") to discuss the status of fact discovery and the parties' discovery disputes. (See Dkt. No. 97). Following the Conference, the Court **ORDERS** the following:

1. By **July 29, 2026**, the parties shall order a copy of the Conference transcript using the annexed form.
2. By **August 14, 2026**, the parties shall each file a letter, limited to 1,050 words, setting forth the status of discovery and any discovery issues ripe for the Court's attention.
3. A telephone conference to discuss the status of discovery and any remaining discovery issues is scheduled for **August 18, 2026 at 3:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
July 27, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| | |
|---|---|
| Case Caption | |

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

**INDICATE SERVICE:**

(prices listed are per page)

| | | | | |
|---|---|---|---|---|
| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL