The Court is in receipt of the letter at Dkt. No. 118 filed by Plaintiffs Flo Free LLC, Currence, Inc. and David Mozeika (together, "Plaintiffs") requesting to file Exhibits B, C, F, and G to Plaintiffs' discovery letter (Dkt. Nos. 120-2, 120-3, 120-6, 120-7 (the "Exhibits")) under seal given that they "consist[] of, attach[], or describe[] the contents of documents that Defendants or nonparty eMoney Advisor, LLC have designated 'CONFIDENTIAL' or 'HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY' under the Stipulation and Protective Order [Dkt. No. 26] entered in this action, which requires that such material be filed under seal." (Dkt. No. 118 (the "Sealing Request")). Given that the Exhibits consist of, attach, or describe the contents of documents that have been designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" under the Stipulation and Protective Order (Dkt. No. 26), and "documents containing proprietary information and sensitive business information are routinely sealed in this [D]istrict[,]" Spectrum Dynamics Med. Ltd. v. GE Healthcare Techs., Inc., No. 18 Civ. 11386 (VSB) (KHP), 2026 WL 931622, at *2 (S.D.N.Y. Apr. 6, 2026), the Sealing Request is **GRANTED**.

The Exhibits shall remain under seal at Dkt. Nos. 119-2, 119-3, 119-6, 119-7. By **September 23, 2026 at 5:00 p.m. ET**, Plaintiffs' counsel shall email courtesy copies of the unsealed versions of the Exhibits to Chambers at cave_nysdchambers@nysd.uscourts.gov.

The Clerk of Court is respectfully directed to close Dkt. No. 118.

SO ORDERED. September 22, 2026

SARAH L. CAVE
United States Magistrate Judge

**SEIDEN | LAW**

September 22, 2026

**VIA ECF**

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *Flo Free LLC v. Guardian Life Ins. Co. of America*, 25-cv-07318 (S.D.N.Y.)**

Dear Judge Cave:

We write on behalf of Plaintiffs Flo Free LLC, Currence, Inc. and David Mozeika in accordance with Section I(F)(2) of Your Honor's Individual Practices to seek the Court's approval to file certain attachments to Plaintiffs' September 22, 2026 status letter under seal.

Plaintiffs are filing the status letter and Exhibits A, D and E publicly. Plaintiffs seek leave to file the following under seal:

Exhibit B (chart describing eMoney documents, and Exhibits 1 through 10 thereto)

Exhibit C (GUARDIAN-0050756)

Exhibit F (counsel's correspondence describing sample documents); and

Exhibit G (chart describing sample documents, and Exhibits 1 through 11 thereto).

Each of these exhibits consists of, attaches, or describes the contents of documents that Defendants or nonparty eMoney Advisor, LLC have designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Stipulation and Protective Order entered in this action, which requires that such material be filed under seal. ECF 26 ¶ 44. The exhibits are submitted in connection with a discovery dispute, and the interest in public access is therefore limited. *See Brown v. Maxwell*, 929 F.3d 41, 50 (2d Cir. 2019). Plaintiffs take no position on the designations and file this application to comply with the Protective Order; the designating parties are best positioned to address the basis for maintaining them. For the foregoing reasons, Plaintiffs respectfully request leave to file Exhibits B, C, F and G, and the exhibits thereto, under seal.

Sincerely,

*/s/ Thomas Mott*
Thomas Mott
*Counsel for Plaintiffs*