King & Spalding

King & Spalding LLP
1290 Avenue of the Americas
14th Floor
New York, New York 10104
T: +1 212 556 2100
F: +1 212 556 2222
kslaw.com

**Damien Marshall**
*Partner*
T: +1 212 790 5357
dmarshall@kslaw.com

The Court is in receipt of the letter at Dkt. No. 115 filed by Defendants The Guardian Life Insurance Company of America and Park Avenue Securities, LLC (together, "Defendants") requesting to file Exhibit E to Defendants' discovery letter (Dkt. No. 117-5 ("Exhibit E")) under seal given that it contains documents produced by Defendants that are designated "Attorneys' Eyes Only" and therefore, "pursuant to the Stipulation and Protective Order [Dkt. No. 26] entered by Judge Schofield governing this action, are required to be filed under seal." (Dkt. No. 115 (the "Sealing Request")).

Given that the documents contained in Exhibit E are designated as "Attorneys' Eyes Only" pursuant to the Stipulation and Protective Order (Dkt. No. 26), and "documents containing proprietary information and sensitive business information are routinely sealed in this [D]istrict[,]" Spectrum Dynamics Med. Ltd. v. GE Healthcare Techs., Inc., No. 18 Civ. 11386 (VSB) (KHP), 2026 WL 931622, at *2 (S.D.N.Y. Apr. 6, 2026), the Sealing Request is **GRANTED**.

Exhibit E shall remain under seal at Dkt. No. 116-5. By **September 23, 2026 at 5:00 p.m. ET**, Defendants' counsel shall email a courtesy copy of the unsealed version of Exhibit E to Chambers at cave_nysdchambers@nysd.uscourts.gov.

The Clerk of Court is respectfully directed to close Dkt. No. 115.

SO ORDERED. September 22, 2026

SARAH L. CAVE
United States Magistrate Judge

September 22, 2026

**VIA ECF**

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***Flo Free LLC et al v. Guardian Life Ins. Co. of America et al*, 25-cv-07318 (S.D.N.Y.)**

Dear Judge Cave:

On behalf of The Guardian Life Insurance Company of America and Park Avenue Securities, LLC (collectively, "Defendants"), we write in accordance with Section I(F)(2) of Your Honor's Individual Practices to seek leave to file Exhibit E under seal in connection with Defendants' discovery letter in advance of the conference scheduled with Your Honor for September 25, 2026.

Defendants seek to file under seal an exhibit that includes documents produced in this case by Defendants which are designated "Attorneys' Eyes Only" and therefore, pursuant to the Stipulation and Protective Order entered by Judge Schofield governing this action, are required to be filed under seal. ECF 26 at ¶ 44.

For the foregoing reasons, Defendants respectfully move the Court to allow them to file Exhibit E under seal.

Sincerely,

*/s/ Damien Marshall*

Damien Marshall

cc: All counsel of record (via ECF)