UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLO FREE LLC, et al.,

Plaintiffs,

-v-

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 7318 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a videoconference on September 25, 2026 (the "Conference") to discuss the status of fact discovery and the parties' discovery disputes. (See Dkt. Nos. 112; 117; 120). Following the Conference, the Court **ORDERS** the following:

1. By **September 29, 2026**, the parties shall order a copy of the Conference transcript (the "Transcript") using the annexed form.

2. With respect to Defendants' Interrogatory 9 (see Dkt. No. 117 at 1), the Court amends Interrogatory 9 as follows:

   > Identify by Bates number, custodian and general description one Document produced by Plaintiffs in this Action that contains a representative example of each of Plaintiffs' 31 trade secrets alleged in the First Amended Complaint.

   Plaintiffs shall provide a response to Interrogatory 9, as amended by this Order, by **October 9, 2026**.

3. To address Plaintiffs' concerns about Defendants' production, (see Dkt. Nos. 117 at 2; 120), Plaintiffs shall, with reference to the 60-document sample to which the parties agreed (see Dkt. Nos. 108 ¶ 2; 120 at 2), provide Defendants with a narrow list of

categories, search terms, or custodians as to which Plaintiffs contend Defendant's production is deficient, about the remedy for which the parties shall meet and confer. The Court is not requiring Defendants to conduct a comprehensive re-review, either by attorneys or through TAR, of the documents they have to date designated as non-responsive. The parties are referred to the Transcript for the full discussion on this issue.

4. By **October 14, 2026 at 5:00 p.m. ET**, the parties shall each file a letter, limited to 1,050 words, setting forth the status of discovery and any discovery issues ripe for the Court's attention.

5. A virtual conference to discuss the status of discovery and any remaining discovery issues is scheduled for **October 19, 2026 at 10:00 a.m. ET** and will be held by videoconference on the Court's Webex platform. Counsel for the parties are instructed to email Chambers (Cave_NYSDChambers@nysd.uscourts.gov), copying all counsel in this action, an Attendance Acknowledgement Form, annexed hereto, by **October 14, 2026 at 5:00 p.m. ET**. Following receipt of the Attendance Acknowledgement Forms, the Court will forward the Webex link to counsel.

Dated: New York, New York
September 25, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

**ATTENDANCE ACKNOWLEDGMENT FORM**

**CASE NAME:** ____________________________________________________________

**DOCKET NUMBER**: ________________________________________________________

I represent the ☐ Plaintiffs ☐ Defendants

☐ I acknowledge that I am attending a virtual conference **through the Court's Webex platform** on **October 19, 2026 at 10:00 a.m. ET.**

Please provide the name and email address of all counsel who will attend the conference.

________________________________________________________________________
________________________________________________________________________
________________________________________________________________________
________________________________________________________________________
________________________________________________________________________
________________________________________________________________________
________________________________________________________________________
________________________________________________________________________

______________________________ ______________________________
Signature Date

______________________________
Name (print)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 ◯ | 3 Day $6.55 ◯ | 7 Day $5.85 ◯ | 14 Day $5.10 ◯ | 30 Day $4.40 ◯ |
|---|---|---|---|---|

| | | |
|---|---|---|
| Your Name | | |
| Firm Name | | |
| Address | | |
| City, State | | Zip Code |
| Telephone Number | | |
| E-mail Address | | |

RESET PRINT SAVE EMAIL