King & Spalding LLP
1290 Avenue of the Americas
14th Floor
New York, New York 10104

T: (212) 556-2100
F: (212) 556-2222
kslaw.com

**Damien Marshall**
Partner

T: 212-790-5357
dmarshall@kslaw.com

The request at Dkt. No. 128 is **GRANTED**. The virtual conference scheduled for November 2, 2026 at 11:00 a.m. ET (Dkt. No. 127) is **ADJOURNED** to **November 16, 2026 at 11:00 a.m. ET** and will be held by videoconference on the Court's Webex platform. Counsel for the parties are instructed to email Chambers (Cave_NYSDChambers@nysd.uscourts.gov), copying all counsel in this action, a revised Attendance Acknowledgement Form by **November 13, 2026 at 12:00 p.m. ET**.

The deadline for the parties to file their respective letters, limited to 1,050 words, setting forth the status of discovery and any discovery issues ripe for the Court's attention, is also **EXTENDED** to **November 13, 2026 at 12:00 p.m. ET**.

The Clerk of Court is respectfully directed to close Dkt. No. 128.

SO ORDERED. October 27, 2026

SARAH L. CAVE
United States Magistrate Judge

October 27, 2026

**VIA ECF**

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *Flo Free LLC et al. v. Guardian Life Ins. Co. of America*, 25-cv-07318-LGS-SLC**

Dear Judge Cave:

We write on behalf of Defendants The Guardian Life Insurance Company of America and Park Avenue Securities, LLC (together, "Defendants") to respectfully request a two-week adjournment of the conference scheduled for Monday, November 2, 2026. *See* ECF No. 127. We further request that the deadline for the parties to submit their respective status letters, currently due October 28, 2026, be extended to correspond with the new conference date. *Id.*

Defendants have been working diligently with Plaintiffs to advance discovery since the last conference on September 25, 2026. The parties have been conducting depositions of fact witnesses, resolving privilege log disputes, and working toward the resolution of document discovery disputes. A brief adjournment of approximately two weeks would allow additional time to make meaningful progress, eliminate issues, and present any remaining disputes to the Court.

We therefore respectfully request that the Court adjourn the November 2 conference and corresponding status letter deadline until November 16, 2026, or a date thereafter that is convenient for the Court. This is the second request for an adjournment of this conference. *See* ECF No. 126. We conferred with Plaintiffs' counsel and they consent to this request. We thank the Court for its attention to this matter.

Respectfully,

*/s/ Damien Marshall*
Damien Marshall

cc: All Counsel of Record (via ECF)